AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
12/3/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: jp DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
December 3, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: IM DEPUTY

| | |
|---|---|
| United States of America | |
| v. | |
| TERANEE MILLET, | Case No. 2:21-mj-05484-duty |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 20, 2021, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Attempted Arson of a Building Used in Interstate and Foreign Commerce and Used in Activities Affecting Interstate and Foreign Commerce |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Dominick Canty
*Complainant's signature*

Dominick Canty, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements fF R rim P 41 tl h n

Date: 12/03/2021

*Patricia Donahue*
*Judge's signature*

City and state: Los Angeles, California

Hon. Patricia Donahue, U.S. Magistrate Judge
*Printed name and title*

AUSA: Maria Elena Stiteler (x6148)

## AFFIDAVIT

I, Dominick Canty, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Teranee MILLET ("MILLET") for a violation of 18 U.S.C. § 844(i): Attempted Arson of a Building Used in Interstate and Foreign Commerce and Used in Activities Affecting Interstate and Foreign Commerce.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AFFIANT

3. I am a Special Agent with the FBI and have been so employed since September 15, 2019. I am currently assigned to the Violent Crimes Squad and the Long Beach Resident Agency. During my previous training at the FBI Academy, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I am currently

assigned to a Violent Crime squad, where I have experience in investigations involving gang violence, drug trafficking, child pornography, extortion, and homicide. I have had formal training in case management, evidence collection and source handling. Prior to being employed by the FBI as a Special Agent, I was employed by the FBI as an Intelligence Analyst for approximately two years, where I have had experience performing analysis for investigations involving drug trafficking and transnational organized crime.

4. I am familiar with the facts and circumstances described herein, and this affidavit is based upon my own knowledge, as well as statements and documents provided by witnesses, and other records obtained from other sources, and information gathered and analysis conducted by other law enforcement agents and investigators.

### III. SUMMARY OF PROBABLE CAUSE

5. On Monday, September 20, 2021, a female later identified as MILLET left a bank in Torrance, California, after a dispute with the bank manager, yelling "Fuck this, I am going to blow this bitch up." Shortly thereafter, MILLET returned and threw an incendiary device into the bank that lit a fire in the middle of the bank. After leaving the bank, MILLET saw another witness, told him "I'll burn your truck down too, mother fucker," and threw a glass bottle at that witness's truck.

6. On the morning of December 2, 2021, in Fulton County, Georgia, MILLET was arrested after fleeing from Fulton County Sheriff's Department and Georgia State Patrol officers in a U-

Haul GMC van that was reported stolen. After the law enforcement officers were able to detain MILLET, they found in the U-Haul GMC van, among other items, a blue and gray Champion gym bag containing 4 packs of glass bottles with tissue paper inserted inside the bottles (resembling a Molotov cocktail) and a can of lighter fluid. I have seen photos of the Molotov cocktail devices in MILLET's possession in Fulton County, Georgia, and they appear similar to the device used by MILLET on September 20, 2021.

## IV. STATEMENT OF PROBABLE CAUSE

### A. MILLET Throws an Incendiary Device into a Bank

7. Based on my discussions with local law enforcement, including members of the Torrance Police Department, as well as from my own investigation and review of Torrance Police Department incident reports, I know the following:

    a. On Monday, September 20, 2021, a female later identified as MILLET entered the Bank of America located at 25435 Crenshaw Blvd., Torrance, California ("the Bank"). MILLET was wearing the following items: a black hat with a "Nike" insignia, glasses, a grey mask with a "puma" insignia, a black "Adidas" sweatshirt, grey pants, and black Nike flip-flops.

    b. MILLET entered the Bank and spoke to Witness 1[1] and demanded to be helped by another teller because she was waiting in line too long. Witness 1 advised MILLET there were no other available tellers and that MILLET would have to wait in

---

[1] Witness 1 is the Bank Manager at the bank.

line.  MILLET yelled "Fuck this, I am going to blow this bitch up" as she exited the Bank.  Witness 1 called 911 and advised them of the comments made by the MILLET.

       c.   Based on my review of camera footage and witness statements, I understand that a few minutes later MILLET returned to the bank and threw an incendiary device into the Bank which lit a fire in the middle of the Bank.

       d.   Witness 2[2] observed the fire after the bottle was thrown and attempted to put it out.  Witness 2 stated the liquid smelled like gasoline.

       e.   Law enforcement officers responded within a few minutes, secured the scene, and recovered the item that MILLET threw on the floor of the Bank to start the fire.  According to responding officers, the item was an "IBC Rootbeer" bottle filled with liquid and with an actively burning wick into the bank.  Based on MILLET's statements and the nature of the device, I believe MILLETT started the fire by throwing the homemade incendiary device onto the floor of the bank.

       f.   Upon leaving the Bank parking lot, Witness 3[3] saw MILLET get into a Black Nissan Rogue with the California License plate 8UKC367 (the "Nissan").  MILLET saw Witness 3 and told him "I'll burn your truck down too, mother fucker" as she threw a glass bottle at Witness 3's truck.

---

[2] Witness 2 is a bank customer who was at the bank during the time of the incident.

[3] Witness 3 is a customer who was at the bank during the incident.

4

**B.    Identification of MILLET**

8.    Based on Torrance Police Department Resources, the Nissan was identified as belonging to a rental company, specifically Enterprise Holdings Inc. ("Enterprise").  On October 22, 2021, I received information from Enterprise, who advised me that the Nissan was rented by MILLET in her true name on September 9, 2021, and returned on September 22, 2021.

9.    I have reviewed the Bank surveillance photos and identified the woman who threw the incendiary device into the Bank to be similar to a California Department of Vehicle ("DMV") photo for MILLET.

10.   On November 5, 2021, I spoke with an Enterprise representative who confirmed that MILLET provided a phone number ending in -8844 (the "-8844 number") as her contact phone number when she rented the Nissan.  In addition, I queried Accurint, a database that aggregates various information, and in that database the -8844 number resolved back to MILLET.  Accordingly, I believe MILLET owns the cellphone with the -8844 number.

11.   On November 5, 2021, pursuant a federal search warrant issued in Case No. 2:21-MJ-05084, I obtained historical cellsite information pertaining to the -8844 number.

12.   On November 22, 2021, I contacted the Enterprise Law enforcement line via telephone.  I spoke to John who advised me that on September 22, 2021, the Nissan was swapped out for another rental vehicle at around 12PM at the Enterprise location near the McCarran International Airport in Nevada.

5

13. On November 22, 2021, FBI Special Agent Mike Easter provided me a draft historical cell site analysis of the -8844 number. A review of the draft analysis shows the -8844 number at the Enterprise location at 3801 Las Vegas Blvd S, Las Vegas, Nevada 89109. A review of calls made by the -8844 number reveal two outgoing phone calls placed at 11:28AM and 11:34AM placed to two phone numbers that I believe belong to Enterprise based on online searches.[4]

  **C. Millet Arrested in Georgia with Additional Incendiary Devices in Her Car on December 2, 2021**

14. Based on my conversation with FBI Special Agent Adoniss Gibson from the Atlanta Field Office, I understand the following:

  a. On December 2, 2021, in Fulton County, Georgia, after a traffic violation, Fulton County Sheriff's Department ("FCSD") ran the license plate of a U-Haul GMC van and determined that it was a stolen vehicle. FCSD officers attempted to conduct a traffic stop of the U-Haul GMC van, but the driver of the U-Haul GMC van did not pull over. Shortly after, Georgia State Patrol ("GSP") engaged in a pursuit of the U-Haul GMC Van, which resulted in the van crashing. As GSP officers approached the van, MILLET, the driver, was holding what appeared to be a gun to her head and said, "kill me!"

---

[4] There was no location information data when MILLET threw the device at the Bank. As I understand from speaking to an FBI Special Agent assigned to a cellular analysis survey team, this was likely because MILLET either did not place any calls during that time or because the phone was off.

After the GSP officers were able to detain MILLET, it was determined that the gun was an airsoft gun.

   b. Law enforcement searched the U-Haul GMC van and found approximately twelve airsoft guns, several counterfeit $100 bills, and a blue and gray Champion gym bag containing four packs of glass bottles with tissue paper inserted inside the bottles (resembling a Molotov cocktail) along with a can of lighter fluid.  Law enforcement also found a five-gallon can of gasoline inside the car.  MILLET sustained injuries during the crash and was transported to Fulton County Jail to receive medical care prior to booking.

  15. I have viewed photos of the Molotov cocktail devices that MILLET possessed during the traffic stop and they appear similar to the device used during the incident on September 20, 2021.

  **D.** **Interstate Commerce**

  16. Based on my training and experience, I know that Bank of America is a federally insured financial institution headquartered outside the state of California with branches across the United States, including the Bank, which is located in Torrance, California.  Based on my experience and training, I also know that Bank of America facilities participate in and facilitate interstate and foreign money transfers and wire transfers.  I therefore believe that the Bank is a building used in interstate and foreign commerce and used in activities affecting interstate and foreign commerce, within the meaning of 18 U.S.C. § 844(i).

## V. CONCLUSION

17. For all the reasons described above, there is probable cause to believe that MILLET has committed a violation of 18 U.S.C. § 844(i): Attempted Arson of a Building Used in Interstate and Foreign Commerce and Used in Activities Affecting Interstate and Foreign Commerce.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  3rd  day of
December, 2021.

*Patricia Donahue*
HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE